**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | DONNA MARIE GRABER, | : Chapter 13 |
| | | : |
| | Debtor | : Bky. No. 18-11495 ELF |

# O R D E R

**AND**, the court having held a hearing to consider whether the Debtor should be prohibited from refiling any future bankruptcy cases without prior court permission, at which the Debtor failed to appear

It is hereby **ORDERED** that:

1. The Debtor is **PROHIBITED** from filing another bankruptcy case unless the Debtor's bankruptcy petition is accompanied by **all of the required bankruptcy schedules and statements**, which have been completed, and a valid **certification of compliance with 11 U.S.C. §109(h)**.

2. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

3. The prohibition set forth in Paragraph 1 shall **EXPIRE** on **April 3, 2019**.

**Date:** April 3, 2018

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc:   Donna Marie Graber
      4662 James Street
      Philadelphia, PA 19137