United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11495-elf
Donna Marie Graber                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                Page 1 of 1              Date Rcvd: Apr 04, 2018
                              Form ID: pdf900            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
db             +Donna Marie Graber,    4662 James Street,    Philadelphia, PA 19137-1104
14075860       +MidFirst Bank,    Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:41      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:55:09      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 05 2018 01:55:30      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DONNA MARIE GRABER, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-11495 ELF |

## O R D E R

**AND**, the court having held a hearing to consider whether the Debtor should be prohibited from refiling any future bankruptcy cases without prior court permission, at which the Debtor failed to appear

It is hereby **ORDERED** that:

1. The Debtor is **PROHIBITED** from filing another bankruptcy case unless the Debtor's bankruptcy petition is accompanied by **all of the required bankruptcy schedules and statements**, which have been completed, and a valid **certification of compliance with 11 U.S.C. §109(h)**.

2. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

3. The prohibition set forth in Paragraph 1 shall **EXPIRE** on **April 3, 2019**.

Date: **April 3, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:   Donna Marie Graber
      4662 James Street
      Philadelphia, PA 19137