EMERGENCY

**FILED** JULY 9, 2018

2018 JUL -9 PM 1:28

U.S. BANKRUPTCY COURT

DEAR JUDGE FRANK,

My name is Donna Graber, case # 18-11495.

I am writing to you to ask for the courts permission to file for bankruptcy. My house is going up for Sherriff sale ~~and~~ tomorrow, July 10 2018.

I was working with a realtor in the past and they advised me before to file but not go through with the procedure which I listened to them not knowing that I would be in this perdicament because there was a buyer for my home. Unfortunatly because my debt is too high the sale fell through.

I should have completed the bankruptcy paperwork and not have taken the realtor's advice because as you can see I am in a worse situation now than I was before. I am in my home for 27 years and would like to work with my mortgage company to try and save it but have to file for bankruptcy to stop the Sherriff sale immediatly. I also have other outstading bills that I cannot afford to pay and I'm completely under water.

SO I AM ASKING YOU PLEASE TO GRANT PERMISSION FOR ME TO FILE SO I CAN SAVE MY HOME AND HAVE THE CHANCE TO GET ON MY FEET.

THANK YOU FOR YOUR TIME AND CONSIDERATION,
DONNA GRABER
4662 JAMES ST
PHILA PA 19137
267-438-3164