UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :    Chapter 13
    DONNA GRABER                      :
                                                :    Bankruptcy No. 18-11495ELF
        Debtor.                        :

## O R D E R

**AND NOW,** this 9th day of July, 2018, upon consideration of the Emergency Letter Requesting Permission to File Another Bankruptcy Proceeding ("Letter") filed by Donna Graber ("Debtor") and the testimony provided by the Debtor at an emergency hearing scheduled today in connection with the Letter, it is hereby ORDERED that the Letter is DENIED for the reasons stated in open Court.

_____
Ashely M. Chan
United States Bankruptcy Judge